# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE:_____   DAY:_____   START TIME:_____   END TIME:_____

JUDGE/MAG.:_____        CLERK:_____        REPORTER:_____

PROBATION OFFICER:_____        INTERPRETER:_____   SWORN: YES [ ]  NO [ ]

CASE NUMBER:_____        CASE NAME: USA v. _____

**APPEARANCES:**

ASST. U.S. ATTY.:_____        DEFENDANT ATTY.:_____

_____        _____

DEFENDANT PRESENT:  YES [ ]  NO [ ]

**OFFENSE INFORMATION:**

MAXIMUM PENALTY:_____ YR(S) IMPR.;   $_____ FINE;   ____ YR(S) SUPERVISED RELEASE

DEFENDANT AGE:_____        $_____ SPECIAL ASSESSMENT  [ ] RESTITUTION

[ ] INDICTMENT/INFORMATION READ        [ ] DEFENDANT WAIVES READING

**PLEA:**

    GUILTY                    DEFENDANT SWORN

    NOT GUILTY            PLEA ACCEPTED AS KNOWING AND VOLUNTARY

    NO CONTEST           DEFT. ADJUDGED GUILTY BY COURT

    MUTE

**TRIAL SCHEDULING:**

    JURY SEL./TRIAL: _____        TRIAL ESTIMATE:_____ DAYS

    PTMH/EVID. HRG.: _____ at _____   MOTIONS DUE:_____

    FPTC:           _____ at _____   FPTC SUBMISSIONS:_____

    FINAL HEARING:  _____ at _____

**SENTENCING SCHEDULING:**

    PRESENTENCE REPORT DUE:_____   OBJECTIONS DUE:_____

    SENTENCING :_____ at _____

**DETENTION:**

    ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

    DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

    DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING:_____ at _____

TOTAL COURT TIME:_____