# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
  Plaintiff,

  v.                                                    Case No. 09-CR-16

**JEROME WORZALLA**
  Defendant.

## ORDER

On the unopposed motion of the government pursuant to Fed. R. Crim. P. 35,

**IT IS ORDERED** that an amended judgment issue to include the forfeiture ordered in the Preliminary Order of Forfeiture on May 14, 2009, and to dismiss counts 2-17 of the indictment.

Dated at Milwaukee, Wisconsin, this 16th day of November, 2009.

/s Lynn Adelman
_____
LYNN ADELMAN
District Judge