DOC NO
REC'D/FILED

2009 DEC 17 AM 10: 48

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEROME WORZALLA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 09-CR-016 |

FINAL ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case and good cause appearing, the Court finds that:

1. On May 14, 2009, the defendant entered a plea of guilty to Count 1 of the indictment pursuant to a written plea agreement. The plea agreement provided that the defendant agree to the forfeiture of the real property located at W2526 Arnold Road, Town of Hampden, Columbia County, Wisconsin.

2. On May 14, 2009, the Court entered a Preliminary Order of Forfeiture.

3. Publication was posted for at least 30 consecutive days beginning on May 28, 2009, on the official government internet web site (www.forfeiture.gov), pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action.

4.  On June 5, 2009, Justin Sugden filed a Motion for Hearing to adjudicate his interest in the real property located at W2526 Arnold Road, Town of Hampden, Columbia County, Wisconsin.

5.  A stipulated settlement agreement was entered into by Justin Sugden, Shawn Worzalla, and the United States, by its attorney Elizabeth Altman. A copy of the agreement is attached to this application and incorporated herein by reference.

IT IS THEREFORE ORDERED:

1.  That all right, title, and interest in the real property located at W2526 Arnold Road, Town of Hampden, Columbia County, Wisconsin, is hereby conveyed to the United States of America.

2.  The United States Marshal is directed to dispose of the above property in accordance with federal law and the attached Stipulation for Settlement and Compromise.

ORDERED this 14 day of December 2009.

_____
LYNN S. ADELMAN
United States District Judge